THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS R. COX, Appellant, against JOSEPH H. WILSON, as Warden of Great Meadow Prison, Respondent.

Submitted September 28, 1939; decided October 17, 1939.

*Thomas R. Cox,* appellant, in person.

*John J. Bennett, Jr., Attorney-General (Everett D. Mereness* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.